**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **BETH CHANEY MACNEILL** | § | |
| *Plaintiff* | § | |
| | § | |
| **VS.** | § | |
| | § | |
| | § | **CIVIL ACTION NO. 4-14CV-242-0** |
| **NIRMAL JAYASEELAN, M.D., DOMINGO** | § | |
| **K. TAN, M.D., CHAD CARLTON, M.D.,** | § | |
| **TEXAS HEALTH HARRIS METHODIST** | § | |
| **HOSPITAL FORT WORTH, EMERGENCY** | § | |
| **MEDICINE CONSULTANTS LTD.,** | § | |
| **BAYLOR ALL SAINTS MEDICAL CENTER** | § | |
| **AT FORT WORTH AND EMCARE, INC.** | | |
| *Defendants* | | |

## STIPULATION OF THE PARTIES

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

      **NOW COME** *Plaintiff*, Beth Chaney MacNeill and *Defendants*, Nirmal Jayaseelan

M.D., Domingo K. Tan M.D., Chad Carlton M.D., Texas Health Harris Methodist Hospital Fort

Worth, Emergency Medicine Consultants Ltd., Baylor All Saints Medical Center at Fort Worth

and EmCare, Inc., and pursuant to Rule 26 (a)(1)(C), Federal Rules of Civil Procedure, enter into

the following stipulations with regard to their Initial Disclosures:

1. The Plaintiff will have until Friday, July 18th, 2014 to file her Initial Disclosures as required

by Rule 26 (a) (1), Federal Rules of Civil Procedure.

2. All Defendants will have until Friday, July 25th, 2014 to file their Initial Disclosures as

required by Rule 26 (a) (1), Federal Rules of Civil Procedure, or to amend or supplement their

previously filed Initial Disclosures.

Respectfully Submitted,

By  /s/ Robert Hammer
      **Robert W. Hammer**
      State Bar No.: 08854780

      **Michael J. Henry**
      State Bar. No.: 09482300


**ROBERT W. HAMMER**
675 North Henderson, Suite 300
Fort Worth, Texas  76107
Telephone  817/ 332-8266
Telefax        817/ 332-8708
robert@rhammerlaw.com
AND

**MICHAEL J. HENRY P.C.**
675 North Henderson, Suite 300
Fort Worth, Texas  76107
Telephone  817/ 877-3303
Telefax        817/ 338-9109
henry@henrytexlaw.com

**ATTORNEYS FOR PLAINTIFF**

**THIEBAUD, REMINGTON, THORNTON, BAILEY, L.L.P**
4800 Fountain Place
1445 Ross Avenue
Dallas, Texas 75202
214-954-2200
214-754-0999 (fax)
rthornton@trtblaw.com


/s/Russell G. Thornton_____
Russell G. Thornton
State Bar No.19982850
**ATTORNEY FOR CHAD CARLTON, M.D.**


**KRUEGLER, BELL & BAILEY, L.L.P**
1701 North Market Street, Suite 318, L.B. 45
Dallas, Texas 75202
Telephone:     469/364-8050
Facsimile:     469/364-8051


/s/ Vernon L. Krueger _____
Vernon L. Krueger
Texas Bar No. 11740515
Vernon@kbbllp.com
**ATTORNEY FOR EMERGENCY MEDICINE CONSULSTANTS, LTD.**


**MEDEROS PLLC**
17950 Preston Road, Suite 990
Dallas, Texas 75252
214-865-6960 (Telephone)
214-865-6961 (Facsimile)


/S/ Julie A. Mederos_____
JULIE A. MEDEROS
State Bar No. 00787058
jmederos@mederosattorneys.com
**ATTORNEY FOR DEFENDANT EMCARE, INC.**

**CHAMBLEE & RYAN P.C.**
2777 N. Stemmons Frwy., Suite 1157
Dallas, Texas 75207
214-905-2003
214-905-1213 (fax)


____/s/ *Jeffrey W. Ryan*_____
Jeffrey R. Ryan
State Bar No. 17469600
jwryan@chambleeryan.com
ATTORNEYS FOR DEFENDANT,


**BLAIES & HIGHTOWER, L.L.P.**
421 W. Third Street, Suite 900
Fort Worth, Texas 76102
817-334-0800 (Telelphone)
817-334-0574 (Facsimile)


/s/ Gregory P. Blaies_____
Gregory P. Blaies
State Bar No. 02412650
**ATTORNEY FOR DEFENDANT
TEXAS HEALTH HARRIS
METHODIST HOSPITAL
FORT WORTH**


**DECKER, JONES, McMACKIN,
McCLANE, HALL & BATES**
Burnett Plaza
801 Cherry Street, Suite 2000
Fort Worth, Texas 76102
(817) 336-2400
(817) 332-3043 (Fax)


/s/ Randy Hall_____
RANDY J. HALL
State Bar No. 08769300
rhall@deckerjones.com
**ATTORNEYS FOR DEFENDANT,
DOMINGO K. TAN, M.D.**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June   , 2014, I electronically filed the foregoing with the Clerk

for the U.S. District Court, Northern District of Texas, using the ECF system which will send

notification of such filing to the following counsel of record:

Russell G. Thornton
THIEBAUD, REMINGTON,
THORNTON, BAILEY, L.L.P.
4800 Fountain Place
1445 Ross Avenue
Dallas, Texas 75202
rthornton@trtblaw.com

Julie A. Mederos
MEDEROS ATTORNEYS
17950 Preston Road, Suite 990
Dallas, Texas 75252
jmederos@mederosattorneys.com

Gregory P. Blaies
James W. Hryekewicz
BLAIES & HIGHTOWER
421 W. Third Street, Suite 900
Fort Worth, Texas 76102
gregblaies@bhilaw.com
jwh@bhilaw.com

Jeffrey W. Ryan
CHAMBLEE & RYAN P.C.
2777 N. Stemmons Frwy., Suite 1157
Dallas, Texas 75207
jwryan@chambleeryan.com

Vernon L. Krueger
KRUEGER, BELL & BAILEY
1701 Market Street, Suite 318, LB 18
Dallas, Texas 75202
Vernon@kbbllp.com

Randy J. Hall
DECKER, JONES, MACMACKIN,
McCLANE, HALL & BATES
801 Cherry Street, Suite 2000
Fort Worth, Texas 76102
rhall@deckerjones.com


/s/ Robert Hammer_____
**Robert W. Hammer**


0141.02331/388265