# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| BETH CHANEY MACNEILL § | |
|     *Plaintiff* § | |
| § | |
| VS. § | |
| § | |
| § | CIVIL ACTION NO. 4-14CV-242-0 |
| NIRMAL JAYASEELAN, M.D., DOMINGO § | |
| K. TAN, M.D., CHAD CARLTON, M.D., § | |
| TEXAS HEALTH HARRIS METHODIST § | |
| HOSPITAL FORT WORTH, EMERGENCY § | |
| MEDICINE CONSULTANTS LTD., § | |
| BAYLOR ALL SAINTS MEDICAL CENTER § | |
| AT FORT WORTH AND EMCARE, INC. | |
|     *Defendants* | |

## PLAINTIFF'S MOTION TO COMPEL DISCOVERY FROM NIRMAL JAYASEELAN, M.D. AND BRIEF IN SUPPORT THEREOF

**Robert W. Hammer**  
State Bar No. 08854780  
675 North Henderson, Suite 300  
Fort Worth, Texas 76107  
Robert@rhammerlaw.com  
Telephone 817/ 332-8266  
Telefax     817/ 332-8708  

**Michael J. Henry**  
State Bar No. 09482300  
675 North Henderson, Suite 300  
Fort Worth, Texas 76107  
henry@henrytexlaw.com  
Telephone 817/ 877-3303  
Telefax     817/ 338-9109  

**ATTORNEYS FOR PLAINTIFF**

## Table of Contents

Table of Contents ........................................................................................................................ ii

Table of Authorities ................................................................................................................. iiii

I. Introduction ..................................................................................................................... 1

II. Relevant Procedural Background ................................................................................... 2

III. Defendant Jayaseelan has the legal right to obtain the "call" policies on demand or has the practical ability to obtain the "call" policies from a non-party to the action. ............ 2

IV. Conclusion ..................................................................................................................... 4

# Table of Authorities

**U.S. Court of Appeals**

*McLeod, Alexander, Powel & Apffel, P.C. v. Quarles*, 894 F.2d 1482, 1484 (5th Cir. 1990). ...... 3

**U.S. District Court**

*Enron Corp. Sav. Plan v. Hewitt Assocs., L.L.C.*, 258 F.R.D. 149 (S.D. Tex. 2009) ..................... 3

*Estate of Monroe v. Bottle Rock Power Corp.,* No. 03-2682, 2004 U.S. Dist. LEXIS 5737, at *10
  (E.D. La. April 2, 2004). ................................................................................................. 3

*Southern Filter Media, LLC v. Halter*, No. 13-116-JJB-RLB, 2014 U.S. Dist. LEXIS 120837
  (M.D. La. Aug. 29, 2014). ............................................................................................... 2

*United States ex rel. Stewart v. La. Clinic*, No. 99-1767 Section "N"(3), 2003 U.S. Dist. LEXIS
  9401 (E.D. La. June 4, 2003). ......................................................................................... 3

**Federal Rules**

*Fed. R. Civ. P. 34* ............................................................................................................... 3

*Fed. R. Civ. P. 26* ............................................................................................................... 2

**Appendix**

App. 1 at p.1 ....................................................................................................................... 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| BETH CHANEY MACNEILL | § | |
|    *Plaintiff* | § | |
| | § | |
| VS. | § | |
| | § | |
| | § | CIVIL ACTION NO. 4-14CV-242-0 |
| NIRMAL JAYASEELAN, M.D., DOMINGO K. TAN, M.D., CHAD CARLTON, M.D., TEXAS HEALTH HARRIS METHODIST HOSPITAL FORT WORTH, EMERGENCY MEDICINE CONSULTANTS LTD., BAYLOR ALL SAINTS MEDICAL CENTER AT FORT WORTH AND EMCARE, INC. | § § § § § § § | |
|    *Defendants* | | |

**PLAINTIFF'S MOTION TO COMPEL DISCOVERY FROM NIRMAL JAYASEELAN, M.D. AND BRIEF IN SUPPORT THEREOF**

**TO THE HONORABLE DISTRICT JUDGE REED O'CONNOR:**

**NOW COMES PLAINTIFF, BETH CHANEY MACNEILL** and files this Motion to Compel Discovery from Nirmal Jayaseelan, M.D. and Brief in Support thereof, and would respectfully show this Court the following:

### I.  Introduction

On April 27, 2012, Defendant Nirmal Jayaseelan, M.D. performed a gastric fundo plication for GERD on Beth MacNeill. Less than 24 hours later, Ms. MacNeill developed severe abdominal pain and presented to the Harris Emergency Department. She was discharged home. Later that day, she presented to Baylor All Saints Medical Center Fort Worth in septic shock. Baylor All Saints Medical Center ordered CT imaging with contrast which showed ascites and pneumoperitoneum indicative of a gastric perforation. Baylor's bariatric surgeon, Chad Carlton, M.D. attempted to contact Dr. Jayaseelan but Dr. Jayaseelan was not on call. His covering

physician, John Winter, M.D., was a general surgeon and not a bariatric surgeon. Additionally, Dr. Winter did not have privileges at Forest Park. Baylor All Saints Medical Center kept Plaintiff overnight until she could be transferred back to Dr. Jayaseelan and Forest Park where she underwent surgical repair of the stomach perforation. Plaintiff's condition materially deteriorated while she waited to be transferred to Dr. Jayaseelan at Forest Park Medical Center.

## II. Relevant Procedural Background

On April 8, 2014, Plaintiff filed her Original Complaint asserting that, *inter alia*, Defendant Nirmal Jayaseelan, M.D had been negligent in his care and treatment of Beth MacNeill. Defendant Jayaseelan filed his Original Answer on May 7, 2014. Plaintiff served her Requests for Production on Defendant Jayaseelan on August 8, 2014. Defendant Jayaseelan served his Objections and Responses to Plaintiff's Request for Production on September 5, 2014.

Defendant Jayaseelan refuses to produce the "call" policies at Forest Park Medical Center and Dallas Bariatric Center on the basis that the policies are not in Defendant Jayaseelan's possession. App. 1 at p.1. Plaintiff asserts that Defendant Jayaseelan has the legal right to obtain the "call" policies on demand or has the practical ability to obtain the "call" policies from a non-party to the action and therefore must produce these documents.

Good cause exists to compel Defendant Jayaseelan to produce documents in response to Plaintiff's Requests for Production.

### III.  Defendant Jayaseelan has the legal right to obtain the "call" policies on demand or has the practical ability to obtain the "call" policies from a non-party to the action.

The scope of discovery in federal court is set forth in *Federal Rule of Civil Procedure 26(b)(1)*. *Rule 26(b)(1)* allows a party to "obtain discovery regarding any nonprivileged matter that is relevant to any party's claim or defense." *Southern Filter Media, LLC v. Halter*, No. 13-116-JJB-RLB, 2014 U.S. Dist. LEXIS 120837 (M.D. La. Aug. 29, 2014). A relevant discovery

request seeks information that is "either admissible or reasonably calculated to lead to the discovery of admissible evidence." *McLeod, Alexander, Powel & Apffel, P.C. v. Quarles*, 894 F.2d 1482, 1484 (5th Cir. 1990). The "call" policies at Forest Park Medical Center and Dallas Bariatric Center are relevant to the issue regarding the transfer and the delay in surgically repairing Beth MacNeill's stomach perforation.

*Rule 34* of the *Federal Rules of Civil Procedure* provides for the discovery of documents and tangible items. *Rule 34(a),* states that "any party may serve on any other party a request (1) to produce . . . any designated documents . . . which are in the possession, *custody or control* of the party upon whom the request is served." *Fed. R. Civ. P. Rule 34(a)* (emphasis added). Federal courts have consistently held that documents are deemed to be within the "possession, custody or control" of a party for purposes of *Rule 34* if the party has actual possession, custody or control, or has the legal right to obtain the documents on demand or has the practical ability to obtain the documents from a non-party to the action. *Enron Corp. Sav. Plan v. Hewitt Assocs., L.L.C.*, 258 F.R.D. 149 (S.D. Tex. 2009); *United States ex rel. Stewart v. La. Clinic*, No. 99-1767 Section "N"(3), 2003 U.S. Dist. LEXIS 9401 (E.D. La. June 4, 2003).

*Rule 34* is broadly construed and documents within a party's control are subject to discovery, even if owned by a nonparty. *Estate of Monroe v. Bottle Rock Power Corp.,* No. 03-2682, 2004 U.S. Dist. LEXIS 5737, at *10 (E.D. La. April 2, 2004). Typically what must be shown is a relationship, either because of some affiliation, employment or statute, such that a party is able to command release of certain documents by the non-party person or entity in actual possession. *United States ex rel. Stewart,* 2003 U.S. Dist. LEXIS 9401 at *37. The applicable test is whether the litigant has the ability to obtain the documents on request to a related party, either as a matter of law or as a matter of practical fact. *Id.*

Defendant Jayaseelan has surgical privileges at Forest Park Medical Center. As a member of the medical staff, Dr. Jayaseelan is required to follow Hospital/Medical Staff By-Laws, Policies and Procedures. Forest Park Medical Center has a "call" policy and Dr. Jayaseelan is obligated to follow that policy.  Similarly, Dr. Jayaseelan is a principal, shareholder, or employee of Dallas Bariatric Center. As such, Dr. Jayaseelan is required to follow Dallas Bariatric Center's By-Laws, Policies and Procedures regarding "call". Dr. Jayaseelan has the requisite relationship with these facilities to obtain the documents on demand or has the practical ability to obtain the documents from a non-party to the action.

## IV.   Conclusion

Defendant Jayaseelan has a legal right to obtain possession of the "call" policies from Forest Park Medical Center and Dallas Bariatric Center and therefore should produce these documents. Simply asserting that Dr. Jayaseelan is not in possession of the documents requested is an inadequate response.

Respectfully Submitted,

By /s/ Robert Hammer_____
    **Robert W. Hammer**
    State Bar No.: 08854780

    **Michael J. Henry**
    State Bar. No.: 09482300

    **ROBERT W. HAMMER**
    675 North Henderson, Suite 300
    Fort Worth, Texas  76107
    robert@rhammerlaw.com
    Telephone  817/ 332-8266

        Telefax     817/ 332-8708

        AND

        **MICHAEL J. HENRY P.C.**
        675 North Henderson, Suite 300
        Fort Worth, Texas  76107
        henry@henrytexlaw.com
        Telephone  817/ 877-3303
        Telefax     817/ 338-9109

        **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

I certify that on September 18, 2014, I conferred with Jarad Kent regarding Plaintiff's Motion to Compel Discovery from Nirmal Jayaseelan, M.D.  I was informed that Defendant stands on his Answers. Therefore, an agreement could not be reached and this Motion is submitted for the Court's consideration.

        By /s/ Robert Hammer_____
        **Robert W. Hammer**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2014 I electronically filed the foregoing with the Clerk for the U.S. District Court, Northern District of Texas, using the ECF system which will send notification of such filing to the following counsel of record:

Russell G. Thornton
THIEBAUD REMINGTON THORNTON BAILEY, L.L.P.
1445 Ross Avenue, Suite 4800
Dallas, Texas 75202
rthornton@trtblaw.com
bmiciotto@trtblaw.com

Julie A. Mederos
MEDEROS ATTORNEYS
17950 Preston Road, Suite 990
Dallas, Texas 75252
jmederos@mederosattorneys.com
firm@mederosattorneys.com
kmcquilliams@mederosattorneys.com
skim@mederosattorneys.com

Gregory P. Blaies
James W. Hryekewicz
BLAIES & HIGHTOWER
421 W. Third Street, Suite 900
Fort Worth, Texas 76102
lindaroeder@bhilaw.com
lynnboyk@bhilaw.com
gregblaies@bhilaw.com
jwh@bhilaw.com

Jeffrey W. Ryan
Jarad Lee Kent
CHAMBLEE & RYAN P.C.
2777 N. Stemmons Frwy., Suite 1157
Dallas, Texas 75207
jwryanj@chambleeryan.com
jkent@chambleeryan.com
jarad.kent@gmail.com
bgreen@chambleeryan.com

Vernon L. Krueger
KRUEGER, BELL & BAILEY
1701 Market Street, Suite 318, LB 18
Dallas, Texas 75202
Vernon@kbbllp.com
ann@kbbllp.com
landon@kbbllp.com

Randy J. Hall
DECKER, JONES, MCMACKIN, MCCLANE, HALL & BATES
Burnett Plaza, Unit 46
801 Cherry Street, Suite 2000
Fort Worth, Texas 76102
rhall@deckerjones.com
pmaurice@deckerjones.com

>                                        /s/Robert Hammer
>                                        **Robert W. Hammer**