

CHAMBLEE | RYAN | KERSHAW | ANDERSON

October 15, 2014

Chambers of Judge Reed O'Connor
Northern District of Texas - Fort Worth Division
501 West 10th Street, Room 202
Fort Worth, TX 76102-3673

    Re:   *Beth Chaney Macneill vs. Nirmal Jayaseelan, M.D., et al*
           Cause No.:   4-14CV-242-0
           Claim No.:    620080
           Our File No.:  014-6287

Dear Judge O'Connor:

    Attached please find a letter agreement between counsel for Plaintiff and Counsel for Dr. Jayaseelan related to Plaintiff's Motion to Compel filed against Dr. Jayaseelan. Please be advised that the parties have reached an agreement as to the matters addressed in Plaintiff's Motion to Compel and that there is no longer any justiciable issues between the parties pertaining to Plaintiff's Motion to Compel. Accordingly, the parties respectfully request that tomorrow's hearing on Plaintiff's Motion to Compel be cancelled.

    By copy of this letter, the attached is being forwarded to all counsel of record.

                                          Sincerely,

                                          Jarad L. Kent

JLK:jlk
Enclosure
cc:    Mr. Russell Thornton, Thiebaud Remington Thornton Bailey, L.L.P.
       Ms. Julie Mederos, Mederos Attorneys
       Mr. Randy Hall, Decker, Jones, McMackin, McClane, Hall & Bates
       Mr. Robert W. Hammer, Hammer & Associates
       Mr. Gregory Blaies, Blaies & Hightower
       Mr. Vernon L. Krueger, Krueger, Bell & Bailey, L.L.P.