**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| BETH CHANEY MACNEILL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION No. 4:2014-cv-00242-O |
| | § | |
| NIRMAL JAYASEELAN, M.D., DOMINGO | § | |
| K. TAN, M.D., CHAD CARLTON, M.D., | § | |
| TEXAS HEALTH HARRIS METHODIST | § | |
| HOSITAL FORT WORTH, EMERGENCY | § | |
| MEDICINE CONSULTANTS LTD., | § | |
| BAYLOR ALL SAINTS MEDICAL CENTER | § | |
| AT FORT WORTH AND EMCARE, INC. | § | |
| | § | |
| Defendants. | § | |

---

## STIPULATION OF DISMISSAL

---

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiff and defendant file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiff is Beth Chaney MacNeill; defendant is EmCare, Inc.

2. On April 8, 2014, plaintiff sued defendant.

3. Plaintiff moves to dismiss all claims against EmCare, Inc. arising from alleged violations of the *Emergency Medical Treatment and Active Labor Act 42 U.S.C.A. §1395dd* stemming from the medical care rendered to Beth Chaney MacNeill in April of 2012.

4. Defendant, who has served an answer, agrees to the dismissal.

5. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

6. A receiver has not been appointed in this case.

7. This case is not governed by any federal statute that requires a court order for dismissal of the case.

8. Plaintiff has not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

9. This dismissal is with prejudice.

Respectfully submitted,


_s/ Robert Hammer_____
**ROBERT W. HAMMER**
Texas State Bar No. 08854780

675 North Henderson, Suite 300
Fort Worth, Texas 76107
817.332.8266 - telephone
817.332.8708 - fax

**ATTORNEY FOR PLAINTIFF**


_____
**JULIE A. MEDEROS**
State Bar No. 00780058
**JAY S. HENDRICKS**
State Bar No. 24067657

**MEDEROS P.L.L.C.**
17950 Preston Rd., Suite 990
Dallas, Texas  75252
214.865.6960 - telephone
214.865 6961 - fax

**ATTORNEYS FOR DEFENDANTS**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on October 16, 2014, I electronically filed the forgoing with the clerk

for the U.S. District Court, Northern District of Texas, using the ECF system which will send

notification of such filing to the following counsel of record:

<u>***Via Electronic Filing***</u>
Michael J. Henry
Attorney at Law, P.C.
675 North Henderson, Ste 300
Fort Worth, Texas 76107
henry@henrytexlaw.com

Russell G. Thornton
Thiebaud Remington Thornton Bailey, LLP
4800 Fountain Place
1445 Ross Avenue
Dallas, Texas 75202
rthornton@trtblaw.com

Gregory P. Blaies
James W. Hryekewicz
Blaies & Hightower, L.L.P.
421 W. Third Street, STe 900
Fort Worth, Texas 76102
gregblaies@bhilaw.com
jameshryekewicz@bhilaw.com

Randy J. Hall, Sr.
Decker Jones McMackin McClane Hall & Bates
Burnett Plaza
801 Cherry St, Ste 2000
Fort Worth, TX 76104-6836
rhall@deckerjones.com

Jeffrey W. Ryan
Jarad L. Kent
Chamblee, Ryan, Kershaw & Anderson, P.C.
2777 N. Stemmons Freeway, Ste 1157
Dallas, Texas 75207
jwryan@chambleeryan.com
jkent@chambleeryan.com

Vernon L. Krueger

Krueger, Bell & Bailey, LLP
1701 N. Market Street, Ste 318, L.B. 45
Dallas, Texas 75202
Vernon@kbbllp.com

_____

**JAY S. HENDRICKS**