IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| BETH CHANEY MACNEILL, | § | |
| | § | |
| PLAINTIFF | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4-14CV-242-0 |
| | § | |
| NIRMAL JAYASEELAN, M.D.; | § | |
| DOMINGO K. TAN, M.D.; CHAD | § | |
| CARLTON, M.D.; TEXAS HEALTH | § | |
| HARRIS METHODIST HOSPITAL | § | |
| FORT WORTH; EMERGENCY MEDICINE | § | |
| CONSULTANTS LTD; BAYLOR ALL | § | |
| SAINTS MEDICAL CENTER AT | § | |
| FORT WORTH AND EMCARE, INC., | § | |
| | § | |
| DEFENDANTS. | § | |

## STIPULATION OF DISMISSAL

**TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:**

Plaintiff and Defendant Chad Carlton, M.D. file this stipulation of dismissal under FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii).

1. Plaintiff is Beth Chaney MacNeill. Defendant is Chad Carlton, M.D.

2. On April 8, 2014, Plaintiff sued defendant.

3. Plaintiff moves to dismiss all claims against Chad Carlton, M.D. stemming from the medical care he provided to her in April 2012.

4. Defendant, who has served an answer, agrees to this dismissal.

5. This case is not a class action under FEDERAL RULE OF CIVIL PROCEDURE 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

6. A receiver has not been appointed in this case.

7. This case is not governed by any federal statute that requires a court order for dismissal of the case.

8. Plaintiff has not previously dismissed any federal or state court suit based on or including the same claims as those presented in this case.

9. This dismissal is with prejudice.

Respectfully Submitted,

By:/s/Robert Hammer
    **ROBERT W. HAMMER**
    State Bar Card No. 08854780

    675 North Henderson, Suite 300
    Fort Worth, Texas  76107
    (817) 332-8266
    (817) 332-8708 (Fax)

    **ATTORNEYS FOR PLAINTIFF**

**THIEBAUD REMINGTON THORNTON BAILEY, LLP**

By:/s/Russell G. Thornton
    **RUSSELL G. THORNTON**
    State Bar Card No. 19982850
    **rthornton@trtblaw.com**

    4800 Fountain Place
    1445 Ross Avenue
    Dallas, Texas  75202
    (214) 954-2200
    (214) 754-0999 (Fax)

    **ATTORNEYS FOR DEFENDANT**
    **CHAD CARLTON, M.D.**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 21, 2014, I served each of the following counsel with a copy of the motion electronically through the Court's ECF system:

Mr. Robert Hammer
HAMMER & ASSOCIATES
675 N. Henderson Street, Suite 300
Fort Worth, Texas  76107
Robert@rhammerlaw.com

Mr. Michael J. Henry
Attorney at Law, P.C.
675 N. Henderson Street, Suite 300
Fort Worth, Texas  76107
henry@henrytexlaw.com

Mr. Jeffrey W. Ryan
CHAMBLEE & RYAN, P.C.
2777 N. Stemmons Frwy., Suite 1157
Dallas, Texas  75207
jwryan@chambleeryan.com

Mr. Gregory P. Blaies
Mr. James W. Hryekewicz
BLAIES & HIGHTOWER, LLP
421 W. Third Street, Suite 900
Fort Worth, Texas  76102
gregblaies@bhilaw.com
jwh@bhilaw.com

Mr. Vernon L. Krueger
KRUEGER, BELL & BAILEY, LLP
1701 Market Street, Suite 318, LB 18
Dallas, Texas  75202
Vernon@kbbllp.com

Julie A. Medoros
MEDEROS PLLC
17950 Preston Rd., Suite 990
Dallas, Texas  75252
firm@mederosattorneys.com

Mr. Randy J. Hall
DECKER, JONES, MCMACKIN
MCCLANE, HALL & BATES
Burnett Plaza, Unit 46
801 Cherry Street, Suite 2000
Fort Worth, Texas  76102
rhall@deckerjones.com

      /s/Russell G. Thornton
      **RUSSELL G. THORNTON**