## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **BETH CHANEY MACNEILL** | § | |
| *Plaintiff* | § | |
| | § | |
| **VS.** | § | |
| | § | |
| | § | **CIVIL ACTION NO. 4-14CV-242-0** |
| **NIRMAL JAYASEELAN, M.D. and TEXAS** | § | |
| **HEALTH   HARRIS   METHODIST** | § | |
| **HOSPITAL FORT WORTH** | § | |
| | § | |
| | § | |
| | § | |
| *Defendants* | | |

## PLAINITIFF'S INITIAL DESIGNATION OF EXPERTS

Pursuant to Federal Rules of Civil Procedure 26(a)(2) and this Courts Scheduling Order,

Plaintiff hereby designates the following persons as expert witnesses who will testify at trial for

the Plaintiff:

### Retained Expert Witnesses

1.   **Robert C. Rankins M.D.**
     2810 S. Hardin Blvd. Ste. 100
     McKinney, TX 75070-7490

     (i)   A complete statement of all opinions this witness will express and the basis and reasons for them is attached hereto and incorporated herein in the expert report **Exhibit 1**.

     (ii)   The facts or data considered by this witness in forming his opinions is contained in Plaintiff's medical records and identified in, attached hereto and incorporated herein in the expert report **Exhibit 1**.

     (iii)   Any exhibits that will be used to summarize or support this witness's opinions is contained in Plaintiff's medical records and identified in, attached hereto and incorporated herein in expert report **Exhibit 1**.

(iv)     The witness's qualifications, including a list of all publications authored in the previous 10 years are described in the expert report Exhibit 1 and attached hereto and incorporated herein in the C.V. **Exhibit 2**.

(v)     A list of all other cases in which, during the previous 4 years, the witness testified as an expert at trial or by deposition are identified in the expert report **Exhibit 1**.

(vi)     A statement of the compensation to be paid for the study and testimony in the case described in the expert report **Exhibit 1** and attached hereto and incorporated herein in the Invoice **Exhibit 3**.

**2.     Steven M. Fass, M.D., F.A.C.S.**
     5809 Long Court
     Austin, TX 78730

(i)     A complete statement of all opinions this witness will express and the basis and reasons for them is attached hereto and incorporated herein in the expert report **Exhibit 4**.

(ii)     The facts or data considered by this witness in forming his opinions is contained in Plaintiff's medical records and identified in, attached hereto and incorporated herein in the expert report **Exhibit 4**.

(iii)     Any exhibits that will be used to summarize or support this witness's opinions is contained in Plaintiff's medical records and identified in, attached hereto and incorporated herein in expert report **Exhibit 4**.

(iv)     The witness's qualifications, including a list of all publications authored in the previous 10 years are described in the expert report Exhibit 1 and attached hereto and incorporated herein in the C.V. **Exhibit 5**.

(v)     A list of all other cases in which, during the previous 4 years, the witness testified as an expert at trial or by deposition are identified in the expert report **Exhibit 4**.

(vi)     A statement of the compensation to be paid for the study and testimony in the case described in the

expert report Exhibit 4 and attached hereto and incorporated herein in the Invoice **Exhibit 6**.

**3.      Allyn Needham, Ph.D., CEA**
6320 Southwest Boulevard, Suite 113
Fort Worth, TX 76109

(i)      A complete statement of all opinions this witness will express and the basis and reasons for them is attached hereto and incorporated herein in the expert report **Exhibit 7**.

(ii)      The facts or data considered by this witness in forming his opinions is attached hereto and incorporated herein in **Exhibit 7** and **Exhibit 8**. Pursuant to FRCP 5.2, Plaintiff is withholding from ECF filing tax returns for 2009, 2010, 2011and 2012. Plaintiff is producing these tax returns to each Defendant under separate cover.

(iii)      Any exhibits that will be used to summarize or support this witness's opinions is attached hereto and incorporated herein in **Exhibit 8**. Pursuant to FRCP 5.2, Plaintiff is withholding from ECF filing tax returns for 2009, 2010, 2011and 2012. Plaintiff is producing these tax returns to each Defendant under separate cover.

(iv)      The witness's qualifications, including a list of all publications authored in the previous 10 years are attached hereto and incorporated herein in the C.V. **Exhibit 9**.

(v)      A list of all other cases in which, during the previous 4 years, the witness testified as an expert at trial or by deposition are identified in the expert report **Exhibit 9**.

(vi)      A statement of the compensation to be paid for the study and testimony in the case is attached hereto and incorporated herein in the Invoice **Exhibit 10**.

Plaintiff will use the above-referenced witnesses at trial to present evidence under Federal Rule of Evidence 702, 703 or 705. Plaintiff will supplement this designation in compliance with FRCP 26(e)(2).

## **Non-Retained Expert Witnesses**

Plaintiff may use the following witnesses at trial to present evidence under Federal Rule of Evidence 702, 703 or 705. These witnesses are healthcare providers of Beth Cheney MacNeill but Plaintiff has no control over these witnesses and cannot compel  them to provide information or to prepare expert reports. Plaintiff would refer Defendants to the medical records and/or deposition testimony generated by such individuals for the subject matter, factual information, mental impressions and opinions held or known by each such person or provider and for any summaries of the basis for their mental impressions and opinions and for any documents reflecting such information.

To the extent they may offer testimony favourable to the Plaintiff, Plaintiff designates and specifically incorporates the following physicians as experts to address the medical and/or causation and/or damages issues in this case including, but not limited to, the standard of medical care, causation, damages, and the fact that Defendants failed to follow the appropriate standards of medical care and were negligent, and that no alleged conduct on Plaintiff's behalf proximately caused any injury or damage to Plaintiff. Plaintiff may elicit opinion testimony from any of these individuals if called by any other party to this case or Plaintiff may call these individuals as experts.

To the extent that such experts offer testimony favourable to the Plaintiff, they are designated as experts to testify regarding their care and treatment of Beth Cheney MacNeill, including but not limited to, Beth Cheney MacNeill's prognosis, diagnosis, extent and/or duration of any injuries, disability, damages and proximate cause of any injuries sustained by Beth Cheney MacNeill made the basis of this suit. These individuals are expected to testify

whether the charges for the care and treatment provided by them to Beth Cheney MacNeill were reasonable and necessary. The facts known and opinions of these individuals are set forth in the medical and billing records of Beth Cheney MacNeill which records are incorporated into this designation the same as if fully set forth at length for all purposes. The facts known and opinions of these individuals are also set forth in the written, oral, and/or videotaped depositions of such experts, if any, taken in this case. Such depositions are incorporated into this designation the same as if fully set forth at length for all purposes.

4.     **Neal Talbott, M.D.**
       4613 Saldana Dr.
       Fort Worth, TX 76133

5.     **John Paul Evans, M.D.**
       4614 Cardona Court
       Fort Worth, TX 76126

6.     **Chad Joseph Carlton, M.D.**
       12680 Canyon Oaks Dr.
       Frisco, TX 75033

7.     **Domingo K. Tan, M.D.**
       2106 Royal Dominion Ct.
       Arlington, TX 76006

8.     **Nirmal Jayaseelan, M.D.**
       9221 Sunnybrook Lane
       Dallas, TX 75220

## Subsequent Treating & Non-Retained Expert Witnesses

The following section lists and discloses experts pursuant to Fed.R.Civ.P. 26(a)(2)(C). The following disclosures state the subject matter on which the witnesses named below are to testify and a summary of the facts of opinions to which the witness is expected to testify. These include Plaintiff's related hospitalizations, related medical treatment and reasonable and necessary costs thereof. They include and are grouped and diagramed as follows:

1.     4/21/12 Endoscopy procedure at Forest Park.
2.     4/25/12 Filling of Lap Band by Jayaseelan.
3.     4/27/12 Fundo Plication by Jayaseelan.

4.      4/28/12 Ambulance transport to and treatment at Harris Fort Worth.
5.      4/29/12 Ambulance transfer to and treatment at Baylor Fort Worth.
6.      4/30/12 - 5/25/12 Stay at Forest Park under direction of Dr. Jayaseelan.
7.      5/25/12 - 6/6/12 Stay at Baylor Dallas under direction of Dr. Michael Foreman.
8.      6/7/12 - 6/13/12 Stay at Baylor Rehabilitation under direction of Dr. Rita Hamilton.
9.      Plaintiff was followed up by her PCP, Dr. Mark Godfrey and had wound care from Dr. Maxine Theriot.
10.     7/3/12 Hernia repair by Dr. Jeffrey P. Bell.
11.     8/29/12 - 9/6/12 Upper GI Surgery with Dr. Blair Conner at Baylor in Dallas.
12.     Various follow ups.

The doctors and healthcare providers listed herein will testify as to the necessity of the treatment as received by Mrs. MacNeill and the reasonable nature of the charges.  Restated, those listed herein will testify as to the reasonable and necessary medical costs of the bills listed herein.

It should be noted, that in addition to the healthcare providers, who provided actual medical care, the following healthcare professionals that serve in the billing departments of the respective facilities will testify to the reasonableness of the costs of all medical care provided:

Harris Hospital:
Lindia Connely-White
500 E. Border St.
Arlington, TX 76010
682-236-3596

Baylor:
Marilyn Carter
Baylor Healthcare System
2001 Bryan St., Ste. 2600
Dallas, TX 75201
214-820-4521

Forest Park Medical Center:
Rachel Loftin
11990 N. Central Expwy.
Dallas, TX 75243
877-557-9519

A summary of the facts and opinions to which the witnesses are expected to testify are contained in the voluminous medical records which have been provided to defendants in this case.  The content of those records are incorporated by reference as if fully included herein.  Additionally, some of the providers and defendants have been deposed and the subject matter of their testimony is contained in those depositions.

The chart herein is designed to show the date, name of healthcare provider and service performed. Additionally, the charges are separated into the amounts charged by the provider and

the amount actually paid by the health insurance carrier. The charges are separated and sub-totaled as per provider and institution.

The amounts herein were gleaned and removed from the Alcon insurance and billing records that were acquired by Deposition by Written Questions of September 5, 2014 and are incorporated herein. These records remain available and are in possession of all Defendants. Additionally, the medical care practitioners and other healthcare providers herein will testify as to the cause of Plaintiff's injuries and the relationship between the Defendants' actions and her injuries. They will further testify as to the nature of Plaintiff's pain and suffering in the past and future, mental anguish in the past and future, disfigurement in the past and future and how such limitations will directly cause a loss of wages in the past and wage earning capacity in the future.

All testimony will additionally be based on their training as doctors or other healthcare providers, their education, and in a reasonably medical probability.

4/21/12: Endoscopy at Forest Park.

| NAME OF HOSPITAL ADDRESS AND PROVIDER | PROCEDURE/PHYSICIAN | CHARGED | PAID |
|---|---|---|---|
| 4/21/12 (Forest Park) Forest Park Medical Center 11990 North Central Expwy. Dallas, TX 75243 | FOREST PARK Endoscopy _____ Nirmal Jayaseelan 11970 N. Central Expwy., Ste. 670 Dallas, TX 75243 _____ Autumn Stoos, DO - Anesthesia _____ Ascendant Anesthesia 12222 N. Central Expwy., Ste. 400 Dallas, TX 75243 | $17,286.00 _____ $2,500.00 _____ $1,200.00 _____ $1,168.00 | $1,968.30 _____ $134.29 _____ $1,080.00 _____ $1,051.20 |
| Total: | | $22,154.00 | $4,233.79 |

4/25/12: Dr. Jayaseelan lap-band fill. Billed for filling. Fill not performed.

| NAME OF HOSPITAL ADDRESS AND PROVIDER | PROCEDURE/PHYSICIAN | CHARGED | PAID |
|---|---|---|---|
| 4/25/12 (Forest Park) | Nirmal Jayaseelan | $2,000.00 | $800.00 |

4/27/12: Fundoplication surgery by Dr. Jayaseelan and Bobby Nguyen at Forest Park.

| NAME OF HOSPITAL ADDRESS AND PROVIDER | PROCEDURE/PHYSICIAN | CHARGED | PAID |
|---|---|---|---|
| 4/27/12 (Forest Park) | FOREST PARK Outpatient Fundo Plication Surgery - Bobby Nguyen, RNFA (Assistant in Surgery) Bobby N. Nguyen, RNFA 1151 N. Buckner Blvd., Ste. 308A Dallas, TX 75218 | $5,430.85 $5,000.00 | $1,096.34 $1,078.87 |
| | Anesthesia - Ascendant Anesthesia | $2,550.00 | $2,295.00 |
| | OP Misc. Services | $40,321.00 | $8,716.50 |
| | Michelle Hudson, Chief CRNA - Anesthesia and Surgery | $2,782.00 | $2,503.80 |
| | Misc. Services and Adjustment - FP Medical (pro) | $40,675.00 | $574.40 |
| Total: | | $96,758.85 | $16,264.91 |

4/28/12: Medstar transport to Harris Fort Worth.

| NAME OF HOSPITAL ADDRESS AND PROVIDER | PROCEDURE/PHYSICIAN | CHARGED | PAID |
|---|---|---|---|
| 4/28/12 (Home to HARRIS FW) MedStar Mobile Healthcare 551 E. Berry St. Fort Worth, TX 76110 | Ambulance to Harris FW then home with Son on 4/29/12 @ 5 am - Medstar | $1,635.00 | $1,471.50 |

4/29/12: Emergency room at Harris FW.

| NAME OF HOSPITAL ADDRESS AND PROVIDER | PROCEDURE/PHYSICIAN | CHARGED | PAID |
|---|---|---|---|
| 4/29/12 (HARRIS FW) Texas Health Harris Methodist Hospital Fort Worth 1301 Pennsylvania Ave. Fort Worth, TX 76104 | TX Health Harris OP Misc. Services | $11,852.94 | $3,193.00 |
| 4/29/12 (HARRIS FW) Neal B. Talbott, MD Texas Medicine Resources 1301 Pennsylvania Ave. Fort Worth, TX 76104 | OP Medical Visit, Provider - Neal Talbott | $947.00 | $947.00 |
| Total: | | $12,799.94 | $4,140.00 |

Radiology charges for 4/29 - 4/30.

| NAME OF HOSPITAL ADDRESS AND PROVIDER | PROCEDURE/PHYSICIAN | CHARGED | PAID |
|---|---|---|---|
| 4/29/12 Radiology Associates of North Texas 816 W. Cannon St. Fort Worth, TX 76104 | Radiology Assoc. of North Texas | $696.00 $28.00 $28.00 $351.00 $28.00 $28.00 | $407.07 $0 $0 $280.80 $15.34 $15.34 |
| 4/30/12 | Radiology Assoc. of Texas | $57.00 $40.00 | $31.67 $11.67 |
| Total: | | $1,256.00 | $761.89 |

4/29/12: Medstar transport to Baylor FW.

| NAME OF HOSPITAL/ENTITY ADDRESS AND PROVIDER | PROCEDURE/PHYSICIAN | CHARGED | PAID |
|---|---|---|---|
| 4/29/12 (Home to Baylor) Medstar | Ambulance from home to Baylor FW @ 5 pm. Medstar Provider | $1,675.00 | $1,507.50 |

4/29/12: Baylor FW ED and ICU.

| NAME OF HOSPITAL/ENTITY ADDRESS AND PROVIDER | PROCEDURE/PHYSICIAN | CHARGED | PAID |
|---|---|---|---|
| 4/29 - 4/30/10 (Baylor FW) Baylor All Saints Medical Center at Fort Worth 1400 Eighth Ave. Fort Worth, TX 76104 | Room and board/IH Misc. Services/ Baylor All Saints | $28,903.23 | $3,371.53 |
| 4/29/12 after 5 pm - 4/30/12 (Baylor FW) | Tarrant Pathology Labs Services Tarrant Pathology Associates 1400 8th Ave. Fort Worth, TX 76104 | $492.50 | $0 |
| 4/29/12 (Baylor FW) Charles A. Carlton, M.D. Texas Healthcare 1622 8th Ave., Ste. 110 Fort Worth, TX 76104 | OP Medical Visit, Provider - Charles A. Carlton | $124.00 | $93.00 |
| 4/29/12 (Baylor FW) Northstar Anesthesia, PA 6225 N. State Hwy. 161, Ste. 200 Irving, TX 75038 | Surgery - Provider - Northstar Anesthesia | $840.00 | $233.28 |
| 4/29/12 (Baylor FW) Linda D. Gregory, DO 1400 8th Ave. Fort Worth, TX 76104 | Linda Gregory for Special Medical, Radiology Services and Surgery | $2,437.00 | $2,193.30 |
| 4/29/12 (Baylor FW) | Inpatient (pro) for Special Medical | $513.00 | $225.12 |
| 4/29/12 (Baylor FW) Steven Q. Davis, MD TX Pulmonary/Critical Care Consultants 1201 Fairmount Ave. Fort Worth, TX 76104 | Steven Q. Davis, MD - Consultation | $717.00 | $241.84 |

Total:                                                                      $34,026.73    $6,358.07

4/30/12: MedStar transport from Baylor FW to Forest Park Medical in Dallas.

| NAME OF HOSPITAL/ENTITY ADDRESS AND PROVIDER | PROCEDURE/PHYSICIAN | CHARGED | PAID |
|---|---|---|---|
| 4/30/12 (from Baylor FW to FP) | Ambulance from Baylor FW to FP Outpatient Clinic - MedStar | $3,228.00 | $2,905.20 |

4/30/12: Dr. Jayaseelan perforation repair and treatment of complications.

| NAME OF HOSPITAL/ENTITY ADDRESS AND PROVIDER | PROCEDURE/PHYSICIAN | CHARGED | PAID |
|---|---|---|---|
| 4/30/12 (FP) | FP OP Surgery - Texas Pulmonary (provider) | $1,012.00 | $562.01 |
| 4/30/12 (FP) | Asst. Surgery - Bobby Nguyen _____ Surgery - Nirmal Jayaseelan | $14,360.59 ____ $15,000.00 | $12,924.54 ____ $1,641.52 |
| 4/30/12 (FP) | Radiology Services  - Radiological (pro) | $128.00 | $15.94 |
| 4/30/12 (FP) | Autumn Stoos, DO - Anesthesia _____ Ascendant Anesthesia | $2,850.00 _____ $2,774.00 | $2,565.00 _____ $2,496.60 |
| 4/30/12 - 5/25/12 (FP) | Room and Board $ IH Misc. Services @ FP Outpatient | $867,186.79 | $122,053.00 |
| 5/1/12 - 5/6/12 (FP) Allan N. Shulkin, MD Critical Care Pulmonologist 7777 Forest Ln., Ste. B202 Dallas, TX 75230 | Allan N. Shulkin - Special Medical TO | $3,840.00 | $1,511.52 |
| 5/2/12 (FP OP) | Surgery - Nirmal Jayaseelan _____ Autumn Stoos, DO - Anesthesia and Adjustment _____ Ascendant Anesthesia _____ Inpatient Physician (pro) - Consultation Inpatient Physician Associates 6901 Snider Plaza #130 Dallas, TX 75205 | $7,400.00 _____ $5,700.00 _____ $5,548.00 _____ $300.00 | $1,168.74 _____ $2,850.00 ____ $2,774.00 ____ $118.69 |

| | | | |
|---|---|---|---|
| 5/7/12 (FP) | Surgery - Nirmal Jayaseelan<br>Asst. Surgery - Bobby<br>Nguyen | $8,000.00<br>$7,685.60 | $1,303.75<br>$0 |
| 5/7/12 (FP) | Ascendant Anesthesia<br>Autumn Stoos, DO | $7,008.00<br>$2,400.00 | $4,342.91<br>$2,089.06 |
| 5/7/12 (FP) | Allan Shulkin - Surgery | $525.00 | $202.56 |
| 5/7, 5/11/12 - 5/13/12<br>(FP) | Allan Shulkin - Special<br>Medical TO | $2,560.00 | $1,007.68 |
| 5/1/12 - 5/24/12<br>(FP) | Radiology Services -<br>Radiological (pro) | $2,822.00 | $469.65 |
| 5/14/12 - 5/15/12 (FP)<br>_____<br>5/17/12 - 5/22/12<br>_____<br>5/23/12 - 5/24/12 | Allan Shulkin - Special<br>Medical TO | $1,280.00<br><br>$3,840.00<br><br>$1,280.00 | $503.84<br><br>$1,511.52<br><br>$503.84 |
| 5/15/12 - 5/17/12 (FP)<br><br>5/21/12 - 5/25/12 | IN Medical Visit and Consult<br>- Claire E. Brenner, MD<br>(Infectious Disease<br>Medicine)<br>Claire E. Brenner, MD<br>2241 Peggy Ln Ste. E,<br>Garland, Texas 75042-5709 | $775.00<br><br>$1,025.00 | $416.89<br><br>$559.30 |
| 5/18/12 - 5/20/12 (FP)<br>Dr. Serge Lartchenko, MD<br>Infectious Disease and Travel<br>Medicine Consultants<br>2821 E. President George<br>Bush Hwy., Ste. 500<br>Richardson, TX 75082 | Serge Lartchenko, MD - IH<br>medical visit | $615.00 | $335.58 |

Total:                                                     $965,914.98   $163,928.14

5/25/12: Texas Lifeline transfer from Forest Park Medical to Baylor Dallas.

| NAME OF HOSPITAL/ENTITY ADDRESS AND PROVIDER | PROCEDURE/PHYSICIAN | CHARGED | PAID |
|---|---|---|---|
| 5/25/12 (FP to Baylor Dallas)  Texas Lifeline Corporation North Central Texas Operations Center: 2424 S. Good-Latimer Expwy. Dallas, TX 75215 | Ambulance - Texas Lifeline Corp (FP to Baylor Dallas - ICU) | $917.00 | $779.45 |

5/25/12 - 6/6/12: Baylor Dallas ICU.  Treating physician Dr. Michael Foreman (Urgent Surgery Care). Transferred to Baylor Rehab.

| NAME OF HOSPITAL/ENTITY ADDRESS AND PROVIDER | PROCEDURE/PHYSICIAN | CHARGED | PAID |
|---|---|---|---|
| 5/25/12 - 6/5/12  (Baylor Dallas) Baylor University Medical Center at Dallas 3500 Gaston Ave. Dallas, TX 75246 | Lab Services - Thomas P. Lohmann, MD Dr. Thomas P. Lohmann, MD Pathologists Bio - Medical Lab 3600 Gaston Ave., Ste. 261 Dallas, TX 75246 | $1,032.99 | $0 |
| 5/25/12 - 6/6/12 (Baylor Dallas) | Room and Board, IH Services, Misc. Services and Adjustment - Baylor University | $88,942.75 $89,157.88 | $0 $66,868.41 |
| 5/26/12  (Baylor Dallas) | American Radiology - Diag. Services American Radiology Associates 712 N. Washington, Ste. 101 Dallas, TX 75246 | $467.00 $124.00 | $156.21 $48.41 |

| 5/26, 5/27, 5/31 (Baylor Dallas) | IH Medical Visit - Michael Foreman, MD, FACS Urgent Surgery Associates 2710 Swiss Ave. Dallas, TX 75204 | $745.00 | $345.00 |
|---|---|---|---|
| 5/26/12  (Baylor Dallas) | IH Medical Visit  - (Pro) Edward Taylor Dr. Edward E. Taylor, MD, FACS Urgent Surgery Associates 2710 Swiss Ave. Dallas, TX 75204 | $400.00 | $360.00 |
| 5/27/12  (Baylor Dallas) | American Radiology - Radiology and Surgery | $2,426.00 | $1,588.82 |
| 5/28/12  (Baylor Dallas) | American Radiology | $32.00 $32.00 | $12.65 $0 |
| 5/28/12 - 6/5/12  (Baylor Dallas) | Lab Services  - Thomas Lohmann | $293.05 | $0 |
| 5/28/12 -5/30/12  (Baylor Dallas) | Geoffrey A. Funk - special medical, IH medical visit Geoffrey A. Funk, MD, FACS Urgent Surgery Associates 2710 Swiss Ave. Dallas, TX 75204 | $1,650.00 | $1,485.00 |
| 5/30/12  (Baylor Dallas) | Radiology Services  - Radiological (pro) | $76.00 | $27.14 |
| 5/31/12  (Baylor Dallas) | American Radiology - Radiological Services | $250.00 | $97.90 |
| 6/1 - 6/6/12 (Baylor Dallas) | Michael Foreman - IH Medical Visit | $750.00 | $675.00 |
| 6/2/12  (Baylor Dallas) | IH Medical Visit - James P. Carroll, MD, MPH, FACS Urgent Surgery Associates 2710 Swiss Ave. Dallas, TX 75204 | $180.00 | $180.00 |

| | | | |
|---|---|---|---|
| 6/3/12  (Baylor Dallas) | American Radiology - Radiological Services | $435.00 | $143.56 |
| 6/4/12 | American Radiology - Radiological Services | $159.00 | $159.00 |
| 6/4/12 | American Radiology - Radiological Services | $96.00 | $18.98 |
| 6/6/12 | American Radiology - Radiological Services | $706.00 | $134.21 |
| 6/6/12  (Baylor Dallas) Baylor Diagnostic Imaging Center at Junius Baylor Medical Pavilion 3900 Junius St., Suite 100 Dallas, TX 75246 | Baylor University - OP Misc. Services and Radiology Services | $3,134.35 | $1,643.29 |

Total:                                                                      $191,089.02   $73,943.58

6/7/12 - 6/13/12 Baylor Rehab. Treating physician Dr. Rita Hamilton.

| NAME OF HOSPITAL/ENTITY ADDRESS AND PROVIDER | PROCEDURE/PHYSICIAN | CHARGED | PAID |
|---|---|---|---|
| 6/6 - 6/7/12 (Baylor Rehab) Baylor Institute for Rehabilitation 909 N. Washington Dallas, TX 75246 | Rita Hamilton - IN Medical Visit Dr. Rita G. Hamilton, DO 909 N. Washington Ave., Ste. 113 Dallas, TX 75246 | $335.00 | $239.89 |
| 6/8/12 | | $110.00 | $78.76 |

| 6/9 - 6/10/12 (Baylor Rehab) | Dr. Leslie D. Porter - IH Medical Visit<br><br>Dr. Leslie Dean Porter, MD<br>Baylor Physical Medicine and Rehabilitation Physicians<br>909 N. Washington<br>Dallas, TX 75246 | $320.00 | $223.58 |
| 6/11/12 (Baylor Rehab)<br>6/12/12 | Rita Hamilton - IN Medical Visit | $110.00<br>$110.00 | $78.76<br>$78.76 |
| 6/13/12  (Baylor Rehab) | Rita Hamilton - IN Medical Visit | $145.00 | $94.48 |

Total:                                                                          $1,130.00      $794.23

6/18/12: Mark Godfrey primary care physician.

| NAME OF HOSPITAL/ENTITY ADDRESS AND PROVIDER | PROCEDURE/PHYSICIAN | CHARGED | PAID |
|---|---|---|---|
| 6/18/12 (Saginaw)<br><br>Mark Godfrey<br>833 Towne Ct.<br>Saginaw, TX 76179 | Mark Godfrey<br>Office Visits and Lab Services | $304.00 | $123.29 |

6/20/12: Wound Care. Maxine Theriot treating physician.

| NAME OF HOSPITAL/ENTITY ADDRESS AND PROVIDER | PROCEDURE/PHYSICIAN | CHARGED | PAID |
|---|---|---|---|
| 6/20/12 (Irving) Maxine Theriot North Texas Professional Wound Care Associates 400 W. Lyndon B. Johnson Fwy. Plaza 1, Ste. 130 Irving, TX 75063 | Maxine Theriot - Office Visit, Diagnostic Services | $175.00 | $0 |

6/21/12: Medical Supplies

| NAME OF HOSPITAL/ENTITY ADDRESS AND PROVIDER | PROCEDURE/PHYSICIAN | CHARGED | PAID |
|---|---|---|---|
| 6/21/12 Prism Medical, Ltd. 10888 Metro Ct. St. Louis, MO 63043 | Prism Medical (pro) - Medical Supplies | $230.86 | $0 |

7/3/12: Hernia repair. Dr. Jeffrey Bell General Surgeon.

| NAME OF HOSPITAL/ENTITY ADDRESS AND PROVIDER | PROCEDURE/PHYSICIAN | CHARGED | PAID |
|---|---|---|---|
| 7/3/12 (Arkansas)<br>Jeffrey P. Bell<br>General Surgeon<br>Fayetteville Surgical Associates, PA<br>3264 N. North Hills Blvd.<br>Fayetteville, AR 72703 | Consultation & Surgery  - Dr. Jeffrey P. Bell (pro) | $404.00 | $221.36 |

8/8/12: Mark Godfrey primary care physician.

| NAME OF HOSPITAL/ENTITY ADDRESS AND PROVIDER | PROCEDURE/PHYSICIAN | CHARGED | PAID |
|---|---|---|---|
| 8/8/12 (Saginaw) | Mark Godfrey<br>Office Visit and Lab Services | $361.00 | $137.53 |

8/29/12 - 9/6/12: Upper Gastrointestinal Surgery. Dr. Blair Connor treating physician.

Per notes, EGD done on 9/13/12, but no charges identified yet.

| NAME OF HOSPITAL/ENTITY ADDRESS AND PROVIDER | PROCEDURE/PHYSICIAN | CHARGED | PAID |
|---|---|---|---|
| 8/29/12 (Baylor Dallas) Blair Conner Digestive Health Associates of Texas, PA 411 N. Washington Ave. Dallas, TX 75246 | Blair Conner, MD - Consultation | $305.00 | $173.34 |
| 8/31/12 (Baylor Dallas) | Baylor University - Baylor Radiology Services _____ American Radiology - Radiology Services | $796.39 _____ $123.00 | $557.47 _____ $48.40 |
| 9/6/12 (Baylor Dallas) | Baylor University - Surgery and Adjustment _____ Blair Conner - Surgery | $9,271.22 _____ $798.00 | $1,573.55 _____ $509.25 |

| 9/6/12 (Baylor Dallas) | Pinnacle Anesthesia - Anesthesia<br><br>Pinnacle Partners in Medicine<br><br>13737 Noel Road, Ste. 1400<br><br>Dallas, TX 75240 | $917.00 | $691.20 |
| | Laboratory Services  - Nesrin Onur, MD(pro)<br><br>Dr. Nesrin Onur, MD<br><br>Pathologists Bio- Medical Lab<br><br>3600 Gaston Ave., Ste. 261<br><br>Dallas, TX 75246 | $348.00 | $136.10 |

Total:                                                                      $12,558.61    $3,689.31

10/2/12 - 10/15/12: Baylor Dallas office visits to Godfrey and Theriot.

Dates of visits: Godfrey (10/2, 10/3) Theriot (10/8, 10/15).

| NAME OF HOSPITAL/ENTITY ADDRESS AND PROVIDER | PROCEDURE/PHYSICIAN | CHARGED | PAID |
|---|---|---|---|
| 10/2/12 (Baylor Dallas) | Mark Godfrey<br>Office Visit<br>Immunization<br>_____<br>Maxine Theriot - Office Visit and Diagnostic Services<br>_____<br>Irving Laboratories - Laboratory Services<br>Irving Laboratories, PA<br>Baylor Medical Center at Irving<br>1901 N. MacArthur Blvd.<br>Irving, TX 75061 | $191.00<br><br>$77.00<br>_____<br>$240.00<br><br>_____<br>$72.00 | $90.67<br><br>$39.83<br>_____<br>$88.15<br><br>_____<br>$0 |
| 10/2/12 (Baylor Dallas) | Baylor University - Op Misc Radiology and Laboratory Services<br>_____<br>American Radiology - Radiology Services | $5,685.60<br><br>_____<br>$435.00 | $1,747.75<br><br>_____<br>$143.56 |

| 10/3/12  (Baylor Dallas) | Mark Godfrey - Laboratory Services | $7.00 | $3.00 |
| | USMD Diagnostic - Laboratory Services | $41.00 | $16.40 |
| | USMD Health System | | |
| | 6333 N. State Hwy. 161, Ste. 200 | | |
| | Irving, TX 75038 | | |
| 10/8/12  (Baylor Dallas) | Maxine Theriot - Office Visits | $140.00 | $47.30 |
| 10/15/12  (Baylor Dallas) | Maxine Theriot - Diagnostic | $100.00 | $40.85 |
| 10/02/12 -  10/15/12  (Baylor Dallas) | Baylor Medical - OP Misc. And Laboratory Services | $1,358.29 | $352.79 |

Total:                                                      $8,346.89      $2,570.30

10/17/12 - 10/26/12: CT image study (10/17). Hernia surgery on 10/22/12 performed by Dr. Arnold. Baylor hospitalization until 10/26/12.

| NAME OF HOSPITAL/ENTITY ADDRESS AND PROVIDER | PROCEDURE/PHYSICIAN | CHARGED | PAID |
|---|---|---|---|
| 10/17/12  (Baylor Dallas) 10/22/12 David Arnold, MD (General Surgeon) 3808 Swiss Ave. Dallas, TX 75204 | David Arnold - Office Visits David Arnold - Surgery | $54.00 $2,450.00 | $46.95 $1,030.02 |
| 10/22/12  (Baylor Dallas) | Pinnacle Anesthesia - Anesthesia | $2,620.00 | $1,920.00 |
| 10/22 - 10/26/12  (Baylor Dallas) | Baylor University - Room and Board, Misc. Services, Adjustment | $23,223.71 $23,170.29 | $12,157.80 $0 |

Total:                                                      $51,518.00     $15,154.77

8/6/13: Baylor Institute for Rehabilitation.

| NAME OF HOSPITAL/ENTITY ADDRESS AND PROVIDER | PROCEDURE/PHYSICIAN | CHARGED | PAID |
|---|---|---|---|
| 8/6/13 (BIR) | Special Medical - Baylor Institute for Rehabilitation | $3,098.63 | $2,169.04 |

**FINAL TOTAL:**                                            **$1,411,581.51**   **$301,953.86**

Respectfully Submitted,


By      /s/ Robert Hammer_____
        **Robert W. Hammer**
        State Bar No. 08854780

        **Michael J. Henry**
        State Bar No. 09482300

**ROBERT W. HAMMER**
675 N. Henderson St., Ste. 300
Fort Worth, TX  76107
Telephone 817/332-8266
Facsimile 817/332-8708
Email:  Robert@rhammerlaw.com

AND

**MICHAEL J. HENRY,**
**ATTORNEY AT LAW, P.C.**
675 N. Henderson St., Ste. 300
Fort Worth, TX  76107
Telephone 817/877-3303
Facsimile 817/338-9109
Email:  henry@henrytexlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 12, 2014 I electronically filed the foregoing with the

Clerk for the U.S. District Court, Northern District of Texas, using the ECF system which will

send notification of such filing to the following counsel of record:

Gregory P. Blaies
James W. Hryekewicz
BLAIES & HIGHTOWER
421 W. Third Street, Suite 900
Fort Worth, Texas 76102
lindaroeder@bhilaw.com
lynnboyk@bhilaw.com
gregblaies@bhilaw.com
jwh@bhilaw.com

Jeffrey W. Ryan
Jarad Lee Kent
CHAMBLEE & RYAN P.C.
2777 N. Stemmons Frwy., Suite 1157
Dallas, Texas 75207
jwryanj@chambleeryan.com
jkent@chambleeryan.com
jarad.kent@gmail.com
bgreen@chambleeryan.com

/s/Robert Hammer
**Robert W. Hammer**