Exhibit 3

December 12, 2014

Robert C. Rankins, III, M.D., F.A.C.E.P.
2810 Hardin Blvd., Suite 100
McKinney, Texas 75070

Re: Invoice for Professional Services, Beth MacNeill

For review of documents, discussions, and expert report preparation.

26.3 hours at $275 per hour.

Amount Due: $ 7,232.50