# EXHIBIT 6

December 8, 2014

Steven Fass, MD
5809 Long Ct.
Austin, TX 78730

Taxpayer ID# █████████

Re. Invoice for Professional Services, Beth MacNeill, 8/20/14- 12/8/14

For review of documents, discussions and expert report preparation.

12 hours at $400 per hour.

Amount due: $4800