FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| BETH CHANEY MACNEILL | § § § § | |
| VS. | § § | CIVIL ACTION NO. 4-14CV-242-0 |
| NIRMAL JAYASEELAN, M.D., DOMINGO K. TAN, M.D., CHAD CARLTON, M.D., TEXAS HEALTH HARRIS METHODIST HOSPITAL FORT WORTH, EMERGENCY MEDICINE CONSULTANTS LTD, BAYLOR ALL SAINTS MEDICAL CENTER AT FORT WORTH AND EMCARE, INC. | § § § § § § § § § § | |

**PLAINTIFF'S MOTION TO DISMISS
DEFENDANT NIRMAL JAYASEELAN, M.D. WITH PREJUDICE**

**TO THE HONORABLE COURT:**

**COMES NOW, Beth Chaney MacNeill** ("Plaintiff"), in the above-styled and numbered cause, and file this, her Motion to Dismiss Defendant Nirmal Jayaseelan, M.D. with Prejudice, and would respectfully show the Court the following:

**I.**

Plaintiff no longer desires to prosecute this lawsuit against Defendant Nirmal Jayaseelan, M.D. The Parties and their respective representatives have met to discuss the allegations in this suit. In order to avoid further cost, and without admitting or determining liability, the parties have agreed to settle all claims. Accordingly, the Plaintiff hereby request this Court dismiss Plaintiff's claims and causes of action against Defendant Nirmal S. Jayaseelan, M.D. *with prejudice* to the right of Plaintiff to re-file same.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff Beth Chaney MacNeill respectfully requests that the Court grant this Motion to Dismiss with Prejudice, dismiss Plaintiff's claims and causes of action against Defendant Nirmal S. Jayaseelan, M.D. *with prejudice* to the re-filing of same.

Respectfully submitted,

s/ Robert Hammer\_\_\_\_
Robert W. Hammer
State Bar No. 08854780
Robert@rhammerlaw.com
675 North Henderson, Suite 300
Fort Worth, Texas 76107
Telephone:    (817) 332-8266
Telefax:        (817) 332-8708

**COUNSEL FOR PLAINTIFF
Beth Chaney MacNeill**

### CERTIFICATE OF SERVICE

I do hereby certify that on April 2, 2015 I electronically filed the foregoing with the Clerk for the U.S. District Court, Northern District of Texas, using the ECF system which will send notification of such filing to all counsel of record

s/ Robert Hammer_____
**Robert W. Hammer**