IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **BETH CHANEY MACNEILL,** § | | |
| Plaintiff, § | | |
| v. § | Civil Action No. 4:14-cv-242-O | |
| **NIRMAL JAYASEELAN, M.D. et al.,** § | | |
| Defendants. § | | |

**ORDER**

Before the Court is Plaintiff's Motion to Dismiss Defendant Nirmal Jayaseelan, M.D. with Prejudice (ECF No. 143), filed April 2, 2015. Plaintiff requests that the above-styled case be dismissed with prejudice against Defendant Nirmal Jayaseelan, M.D. Having considered the motion, the Court finds that it should be and is hereby **GRANTED**.

Accordingly, it is **ORDERED** that all claims against Defendant Nirmal S. Jayaseelan, M.D. are **DISMISSED with prejudice**.

**SO ORDERED** on this **3rd** day of **April, 2015**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE