IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| BETH CHANEY MACNEILL<br>    *Plaintiff* | § § § | |
| v. | § § | CIVIL ACTION NO. 4:14-CV-242-O |
| TEXAS HEALTH HARRIS METHODIST<br>HOSPITAL FORT WORTH<br>    *Defendants* | § § § | |

## DEFENDANT'S AMENDED MOTION FOR SUMMARY JUDGMENT

TO:   THE HONORABLE REED O'CONNOR, UNITED STATES DISTRICT COURT JUDGE FOR THE NORTHERN DISTRICT OF TEXAS

COMES NOW TEXAS HEALTH HARRIS METHODIST HOSPITAL FORT WORTH, Defendant in the above-captioned matter ("Defendant"), and files its Amended Motion for Summary Judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure and other applicable rules. Defendant would show that pursuant to N.D. Local Rule 56.3(b), each of the required matters contained in LR 56.3(a) have been set forth in the Defendant's Brief in Support of Amended Motion for Summary Judgment. The Brief in Support of this Amended Motion is incorporated herein by reference for all purposes.

In addition, Defendant relies on summary judgment evidence contained in an Appendix and specifically referenced in its Brief. The Appendix to this Amended Motion is incorporated herein by reference for all purposes. In this Amended Motion for Summary Judgment and the accompanying Brief in support thereof, Defendant has presented undisputed evidence that supports an award of summary judgment in their favor on all issues presented in this litigation.

**WHEREFORE, PREMISES CONSIDERED,** Defendant Texas Health Harris Methodist Hospital Fort Worth prays this Court grant its Amended Motion for Summary Judgment and enter an Order denying Plaintiff any and all recovery from and against Defendant, taxing all costs of court associated with this action against Plaintiff, awarding Defendant its costs and attorney's fees incurred in the defense of this action, and for such other and further relief, both at law and in equity, to which it may show itself justly entitled.

        Respectfully submitted,

By:   /s/ James W. Hryekewicz
       GREGORY P. BLAIES
       State Bar No. 02412650
       gregblaies@bhilaw.com

       JAMES W. HRYEKEWICZ
       State Bar No. 00784298
       jwh@bhilaw.com

       WESLEY T. D. MYERS
       State Bar No. 24007725
       wesmyers@bhilaw.com

       of BLAIES & HIGHTOWER, L.L.P.
       421 W. Third Street, Suite 900
       Fort Worth, Texas 76102
       817-334-0800 (Telephone)
       817-334-0574 (Facsimile)

       ATTORNEYS FOR DEFENDANT TEXAS
       HEALTH HARRIS METHODIST
       HOSPITAL FORT WORTH

## **CERTIFICATE OF SERVICE**

  I hereby certify that on May 29, 2015, I electronically filed the foregoing document with the clerk for the U. S. District Court, Northern District of Texas, using the Electronic Case Filing system of the Court. The Electronic Case Filing System sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to this Notice as service of this document by electronic means:

| | |
|---|---|
| Robert W. Hammer<br>675 North Henderson, Suite 300<br>Fort Worth, Texas 76107<br>E-mail: Robert@hammerlaw.com | Michael J. Henry<br>675 North Henderson, Suite 300<br>Fort Worth, Texas 76107<br>E-mail: henry@henrytexlaw.com |

              /s/ James W. Hryekewicz
              James W. Hryekewicz