IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| BETH CHANEY MACNEILL<br>　　*Plaintiff* | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. 4:14-CV-242-O |
| TEXAS HEALTH HARRIS METHODIST<br>HOSPITAL FORT WORTH<br>　　*Defendant* | §<br>§<br>§ | |

## STIPULATION OF DISMISSAL

NOW COME Plaintiff Beth Chaney MacNeill and Defendant Texas Health Harris Methodist Hospital Fort Worth (hereinafter collectively, "The Parties"), and file this Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and respectfully show unto the Court the following:

### STIPULATION

1. Plaintiff is Beth Chaney MacNeill.

2. On April 8, 2014, Plaintiff sued Defendant.

3. Plaintiff moves to dismiss the suit.

4. Defendant agrees to the dismissal.

5. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

6. A receiver has not been appointed in this case.

7. This case is not governed by any federal statute that requires a court order for dismissal of the case.

8. Plaintiff has not previously dismissed any federal or state court suit based on or including the same claims as those presented in this case.

9. This dismissal is with prejudice.

10. All parties shall bear their own costs.

  WHEREFORE, PREMISES CONSIDERED, THE PARTIES jointly file this Stipulation of Dismissal.

             Respectfully submitted,

         By: <u>Robert W. Hammer</u>
            ROBERT W. HAMMER
            State Bar No. 08854780
            Robert@rhammerlaw.com

            HAMMER & ASSOCIATES
            675 North Henderson, Suite 300
            Fort Worth, Texas 76107
            817-332-8266 (Telephone)
            817-332-8708 (Facsimile)

            ATTORNEY FOR PLAINTIFF
            BETH CHANEY MACNEILL

            */s/ Gregory P. Blaies*
            GREGORY P. BLAIES
            State Bar No. 02412650
            gregblaies@bhilaw.com

            JAMES W. HRYEKEWICZ
            State Bar No. 00784298
            JHW@bhilaw.com

            WESLEY T. D. MYERS
            State Bar No. 24007725
            wesmyers@bhilaw.com

            BLAIES & HIGHTOWER, L.L.P.
            421 W. Third Street, Suite 900
            Fort Worth, Texas 76102
            817-334-0800 (Telephone)
            817-334-0574 (Facsimile)

ATTORNEYS FOR DEFENDANT TEXAS
HEALTH HARRIS METHODIST
HOSPITAL FORT WORTH

### **CERTIFICATE OF SERVICE**

I herebycertify that on July 10, 2015, I electronically filed the foregoing document with the clerk for the U. S. District Court, Northern District of Texas, using the Electronic Case Filing system of the Court. The Electronic Case Filing System sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to this Notice as service of this document by electronic means:

Gregory P. Blaies
BLAIES & HIGHTOWER, L.L.P.
421 W. 3rd Street, Suite 900
Fort Worth, Texas 76132
E-mail: gregblaies@bhilaw.com

                                           Robert W. Hammer
                                           Robert W. Hammer